UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

INJAH TAFARI ,

vs.   CASE NUMBER: 9:12-CV-0985  GLS-ATB

SUPERINTENDENT,

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED : That pursuant to the SUMMARY ORDER of the Honorable Gary L. Sharpe, Chief United States District Court Judge, dated the 29th day of May, 2014,  **ORDERED** that Magistrate Judge Andrew T. Baxter's' Report-Recommendation (Dkt. No. 11) is **ADOPTED** in its entirety; and it is further **ORDERED** that Tafari's petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further **ORDERED** that, because Tafari has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue pursuant to 28 U.S.C § 2253(c).

DATED: May 29, 2014

Clerk of Court

ENTERED 5/29/2014
BY PTM

-S-
P.T. McBrearty
Deputy Clerk